**Jose Francisco NOESI, Plaintiff—
Appellant,**

v.

**B.A. BLEDSOE; Michael Mcclain,
Defendants—Appellees.**

No. 05–6793.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 5, 2005.

**610**

Jose Francisco Noesi, Appellant pro se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose Francisco Noesi appeals the district court's order dismissing his *Bivens v. Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) complaint as frivolous under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Noesi v. Bledsoe,* No. CA–05–141–7–SGW (W.D.Va. Mar. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*